# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHARON HOLMES, individually and as trustee of the Atl Atl trust, and JIMMIE L. GARRETT,

  Plaintiffs,

vs.

BANK OF AMERICA HOME LOANS SERVICING, L.P. and RECONSTRUCT COMPANY, NA.,

  Defendants.

Case No. 2:10-cv-02210-RCJ-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on December 20, 2010. Defendants filed a Motion to Dismiss (#13) on January 10, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 10, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge